■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SULLIVAN, Appellant.—Judgment unanimously affirmed. Memorandum: The investigatory inquiries made by the police did not constitute custodial interrogation to which *Miranda v Arizona* (384 US 436) applies *(People v Bennett,* 70 NY2d 891, 893; *see also, Berkemer v McCarty,* 468 US 420, 436-437; *People v Morales,* 65 NY2d 997, 998; *People v Patterson,* 138 AD2d 540; *People v Bantum,* 133 AD2d 699, 700, *lv denied* 70 NY2d 929). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—felony driving while intoxicated.) Present—Dillon, P. J., Callahan, Doerr, Green and Davis, JJ.